COM.

v.

**DAWKINS, L.**

**3564 EDA 2015**

Superior Court of Pennsylvania.

3/27/2017

Reargument Denied 6/7/2017

CP–51–CR–0012294–2011

(Philadelphia)

Affirmed

COM.

v.

**GARNETT, R.**

**393 EDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–23–CR–0003841–2015

(Delaware)

Affirmed

**IN the INTEREST OF: J.H., B.H. & J.G., Minor Children**

**1018 EDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–51–AP–0000580–2013

CP–51–AP–0000581–2013

CP–51–AP–0000582–2013

CP–51–DP–0000159–2012

CP–51–DP–0000189–2012

CP–51–DP–0000448–2013

FID# 51–FN–000272–2012

(Philadelphia)

Affirmed

COM.

v.

**LATIMORE, J.**

**1914 EDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–51–CR–1034721–1984

(Philadelphia)

Affirmed

COM.

v.

**EDWARDS, M.**

**3067 EDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–46–0004323–2008

(Montgomery)

Affirmed